**Larry James TYLER, Plaintiff-Appellant,**

v.

**Richard JONES, Defendant-Appellee.**

**No. 17-6486**

United States Court of Appeals, Fourth Circuit.

Submitted: August 17, 2017

Decided: August 22, 2017

Larry James Tyler, Appellant Pro Se.

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry James Tyler appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tyler v. Jones*, No. 4:17-cv-00404-MGL, 2017 WL 1177093 (D.S.C. Mar. 30, 2017). We deny Tyler's request for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the ma-

terials before this court and argument would not aid the decisional process.

*AFFIRMED*